**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 169 MM 2015
:
Respondent :
:
:
:
v. :
:
:
:
JOSE ANTONIO RIVERA-QUINONES, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.